UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 14-15011-BKC-LMI

CHAPTER 13

IN RE:
HUGO FERNANDO NUNEZ-MEDINA
and CARMEN YOLANDA LOPEZ DE NUNEZ
        Debtors.
_____/

**MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES**

Michael A. Frank, attorney for the Debtors, moves this Honorable Court for the allowance of his administrative attorneys fees and states:

1.      The Debtor Chapter 13 case was filed on March 3, 2014.

2.      The undersigned has prepared all necessary Schedules, has had meetings and conferences with the Debtor and has appeared at the 341 Meeting of the Creditors and Confirmation Hearing, and is entitled to fees and costs in the amount of $5,725.00 as contracted with the Debtor, pursuant to a Retainer Agreement and is entitled to fees and costs in the amount of $2,500.00 for the MMM, pursuant to a Retainer Agreement.

3.      As of the date of the filing of this Motion, the undersigned has been paid $2,000.00 out of the total due of $5,725.00. Pursuant to the Debtors plan, there is a balance due of $3,725.00.

4.      With reference to the MMM, as of the date of filing of this Motion, the undersigned has been paid $1,500.00, out of the total due of $2,500.00. Pursuant to the Debtor's plan, there is a balance of $1,000.00.

5.      There is presently in the Trustee's account for Debtor, the amount of $11,266.11.

WHEREFORE, the Debtor's attorney requests that the attorney's fees be paid from the funds being held by the Trustee, in the total amount of $4,725.00, less any applicable Trustee's fees.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion to Value Collateral was sent via email to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com and all others set forth in the NEF, this 29th day of July, 2015, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to all creditors.

Law Offices of Michael J. Brooks, Michael A. Frank
& Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone      (305) 443-4217
Email-Pleadings@bkclawmiami.com

By:   /s/  Michael J. Brooks
Michael J. Brooks
Florida Bar No. 434442