# JEFFERSON CAPITAL SYSTEMS, LLC

**16 McLeland Road**
**St. Cloud, MN  56303**

May 10, 2016

United States Bankruptcy Court
Southern District of Florida
229 East Broadway Blvd., Room 112
Fort Lauderdal, FL  33301

RE: Case #:            .
Consumer: CARMEN NUNEZ
Reference #: 3032121927
Claim #:            1

Jefferson Capital Systems, LLC's payment processor has changed. As it concerns the above named case, please update your records to reflect our new payment address:

**Jefferson Capital Systems, LLC**
**PO Box 772813**
**Chicago, IL  60677-2813**

Possible Previous Payment Addresses:

PO Box 953185, St. Louis, MO 63195-3185
PO Box 23051, Columbus, GA 31902
16 McLeland Rd., St. Cloud, MN  56303

**Please note that our noticing address has not changed.**

Notice Address: PO Box 7999, St. Cloud, MN 56302-9617

If you have any questions or require additional information to update our address, please don't hesitate to contact us at Tel: 1-800-928-7314; Fax (320)229-8583; or email us at: Bankruptcy@Jcap.com

Thank you for your assistance.

Sincerely,


/s/ Kelly Lukason