CGFD33 (2/28/11)



ORDERED in the Southern District of Florida on July 13, 2016

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−15011−LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Hugo Fernando Nunez− Medina
7563 SW 188 Terrace
Miami, FL 33157

SSN: xxx−xx−3851

Carmen Yolanda Lopez de Nunez
7563 SW 188 Terrace
Miami, FL 33157

SSN: xxx−xx−8764

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy K. Neidich, having filed a final report, is discharged and this case is closed.

# # #